EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 151 |
| | |
| Juan M. Rodríguez Martínez | 205 DPR _____ |

Número del Caso:  TS-18,333

Fecha:  10 de diciembre de 2020

Abogados del peticionario:

    Lcda. Daisy Calcaño López
    Lcdo. Raúl Rodríguez Quiles

Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  Juan M. Rodríguez Martínez      TS-18,333

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de diciembre de 2020.

     Examinada la *Moción en cumplimiento de orden*, se reinstala al Lcdo. Juan M. Rodríguez Martínez al ejercicio de la notaría.

     Publíquese.

     Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

                    José Ignacio Campos Pérez
                 Secretario del Tribunal Supremo